**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**DOUGLAS TAYLOR**                                                    **PLAINTIFF**

**v.**                                            **CIVIL ACTION NO. 5:17-CV-47-KS-MTP**

**TERRIZINA JONES**                                                   **DEFENDANT**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This cause came on this date to be heard upon the Report and Recommendation [35] of the United States Magistrate Judge entered herein on November 8, 2017, after referral of hearing by this Court, no objections having been filed as to the Report and Recommendation [35], and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendation [35] should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation [35] be, and the same hereby is, adopted as the finding of this Court. The Motion for Summary Judgment [28] is **granted**, and this action is **dismissed without prejudice**.

SO ORDERED AND ADJUDGED this the 2nd day of January, 2018.


*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE